# United States District Court
# District of Massachusetts

OLIVER O'BRIEN,
     Plaintiff,

v.                            CIVIL ACTION NO. 12-11522-NMG

LIFESTYLE TRANSPORTATION, INC.,
MICHAEL SOUTHWICK,
     Defendants.

## REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT (#9)

COLLINGS, U.S.M.J.

### I.  Introduction

Plaintiff Oliver O'Brien ("O'Brien") brings three claims in his complaint against his employer, Lifestyle Transportation, Inc. ("LTI"), and Michael Southwick, the president of LTI (collectively "the defendants"). LTI is a Massachusetts corporation that provides chauffeured transportation to

*Report and Recommendation accepted and approved. /s/ NM Gorton, USDJ 7/19/13*